NICHOLAS MONTE, an Infant, by ANTHONY MONTE, His Guardian ad Litem, et al., Appellants, v. ABRAHAM STRAUS, Respondent, et al., Defendants.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ROGER HEGGBLOM, an Infant, by ARTHUR F. ROACH, His Guardian ad Litem, et al., Appellants, v. JOHN WANAMAKER NEW YORK, Respondent.- No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [178 Misc. 792.]

HYMAN J. PIVOVARSKY, Appellant, v. EVELYN PIVOVARSKY, Respondent.— Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

RICHARD S. LILIENTHAL, INC., Respondent, v. UNION UNDERWEAR CO., INC., Appellant.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

IYA G. ABDY, Appellant, v. NEWS SYNDICATE CO., INC., et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.; Untermyer, J., dissents and votes to reverse and deny the motion.

MARTIN KALLMANN, Respondent, v. DANIEL WOLF, Appellant.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.